IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Marshall, Derrick | Case Number: 06 B 00461 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 1/19/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 15, 2008
Confirmed: April 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,260.00 | |
| Secured: | | 13,607.76 |
| Unsecured: | | 1,809.36 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 842.88 |
| Other Funds: | | 0.00 |
| Totals: | 16,260.00 | 16,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | National City Mortgage Co | Secured | 34,378.20 | 13,607.76 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,438.09 | 698.66 |
| 7. | City of Calumet City | Unsecured | 274.79 | 133.51 |
| 8. | Capital One | Unsecured | 662.59 | 321.91 |
| 9. | HSBC Taxpayer Financial Services | Unsecured | 799.46 | 388.40 |
| 10. | B-Line LLC | Unsecured | 151.31 | 73.51 |
| 11. | Premier Bankcard | Unsecured | 299.09 | 145.31 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 98.93 | 48.06 |
| 13. | AT&T Wireless | Unsecured | | No Claim Filed |
| 14. | Anita John MD PC | Unsecured | | No Claim Filed |
| 15. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Direct Tv | Unsecured | | No Claim Filed |
| 19. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 20. | Family Dental Care Center | Unsecured | | No Claim Filed |
| 21. | St James Hospital | Unsecured | | No Claim Filed |
| 22. | Pronger Smith Clinic | Unsecured | | No Claim Filed |
| 23. | St James Hospital | Unsecured | | No Claim Filed |
| 24. | St James Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Marshall, Derrick | Case Number:  06 B 00461 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/26/08 | Filed:  1/19/06 |

                                      $ 38,102.46       $ 15,417.12

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 77.41 |
| 5% | 105.00 |
| 4.8% | 225.35 |
| 5.4% | 435.12 |
| | $ 842.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____